IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:   SWIGER, CHRISTOPHER KENNETH         BK NO: 18-00419
         SWIGER, JONELLE MAXWELL,            7 -- Liquidation
              Debtor.

TRANSMITTAL OF UNCLAIMED FUNDS

Martin P. Sheehan, Chapter 7 Trustee, reports the following:

1).     Payment of the final distribution under 11 U.S.C. 726 was made in this case on June 8, 2020. The below mentioned payment was (returned due to a change of address/ has become stale). Your Trustee has voided said check. The name of the person(s) to whom such unnegotiated check was issued, the amount of such check and the last known addresses are:

| Claim No. | Amount | Creditor |
|---|---|---|
| 3 | $8,424.02 | Workforce WV Legal Section<br>Unemployment Compensation Division<br>PO Box 106<br>Charleston, WV 25301 |

2)     Your Trustee's ACH for the amount of $8,424.02, payable to the Clerk of the Court, has been remitted.

3)     Nothing further remains to be done in this case.

Dated: October 13, 2020

/s/ Martin P. Sheehan
Martin P. Sheehan, Trustee
41 Fifteenth Street
Wheeling, WV  26003
(304) 232-1064